**Click here to Respond to Selected Documents**

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ⌄

**05/26/2023**

**Corporation Served**
Document ID - 23-SMCC-846; Served To - WENTZVILLE SCHOOL DISTRICT INTERSTATE DR; Server - ST CHARLES COUNTY SHERIFF; Served Date - 05/24/2023; Served Time - 15:59:00; Service Type - SD; Reason Description - SERV; Service Text -ACCEPTED BY M. KERTZMAN, COR

**05/24/2023**

**Summons Returned Non-Est**
Document ID - 23-SMCC-847; Served To - MEGANSUTTON; Server - ST CHARLES COUNTY SHERIFF; Served Date - 05/24/2023; Served Time - 08:53:00; Service Type - SD; Reason Description - NEST; Service Text -

**Note to Clerk eFiling**
**Notice of Service**

SUMMONS NON EST ON MEGAN SUTTON; Electronic Filing Certificate of Service.
**Notice of Service**

SUMMONS SERVED ON WENTZVILLE SCHOOL DISTRICT; Electronic Filing Certificate of Service.

**05/03/2023**

**Order Appt Next of Friend**

ASHLYN HENRY APPOINTED NEXT FRIEND OF MINOR L.H.; SO ORDERED RNM/jbm
   **Filed By:** REBECA NAVARRO-MCKELVEY
   **Associated Entries:** 05/01/2023 -
**Petition:**
  +

**05/01/2023**

**Petition:**

Petition for Appointment of Next Friend.
   **Filed By:** DANIEL J RHOADS
   **On Behalf Of:** ASHLYN HENRY, L H
   **Associated Entries:** 05/03/2023 -
**Order Appt Next of Friend**
  +

**04/24/2023**

**Judge/Clerk - Note**
PLEASE IN THE FUTURE ENTER ALL PARTIES IN THE ORDER THAT THEY APPEAR ON THE PETITION. THANK YOU MLM.
**Summons Issued-Circuit**

Document ID: 23-SMCC-847, for SUTTON, MEGAN. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. MLM
**Summons Issued-Circuit**
Document ID: 23-SMCC-846, for WENTZVILLE SCHOOL DISTRICT INTERSTATE DR.

**04/21/2023**

**Filing Info Sheet eFiling**
   **Filed By:** DANIEL J RHOADS
**Proposed Order Filed**

Proposed Order GRANTING LEAVE TO USE INTITIALS FOR MINOR PARTIES
   **Filed By:** DANIEL J RHOADS
   **On Behalf Of:** ASHLYN HENRY, L H
   **Associated Entries:** 04/21/2023 -
**Order**
  +

**Motion Filed**

Motion for Permission To Use Initials.

    **Filed By:** DANIEL J RHOADS

    **Associated Entries: 04/21/2023 -**

**Order**

    **+**

**Pet Filed in Circuit Ct**


Petition for Damages.

    **Filed By:** DANIEL J RHOADS

**Order**


ORDER GRANTING LEAVE TO USE INTIALS FOR MINOR PARTIES, AS PER MEMORANDUM. WCM BY MLM

    **Associated Entries: 04/21/2023 -**

**Proposed Order Filed**

    **+**

**Judge Assigned**

2311-CC00415

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

IN THE 11th JUDICIAL CIRCUIT COURT
COUNTY OF ST. CHARLES
STATE OF MISSOURI

| | | |
|---|---|---|
| L.H., a minor, by and through | ) | |
| Next Friend, ASHLYN HENRY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Cause No. _____ |
| vs. | ) | |
| | ) | Division No.: _____ |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) | |
|     Serve at:       280 Interstate Dr. | ) | |
|         Wentzville, MO 63385 | ) | |
| | ) | |
| MEGAN SUTTON, Ed.D., | ) | |
|     Serve at:       612 Blumhoff Ave. | ) | |
|         Wentzville, MO 63385 | ) | |
| | ) | |
| JANE DOE 1, | ) | |
| | ) | |
| JANE DOE 2, | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, L.H., a minor, by and through Next Friend, Ashlyn Henry, by counsel, Daniel J. Rhoads of **THE RHOADS FIRM, LLC**, and for her causes of action against Defendants, Wentzville R-IV School District and Jane Doe, pleads the following facts upon her personal knowledge and information:

Parties

1.      L.H. is, and at all times relevant to this Petition was, a minor, female child with a disability.

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

2.      Defendant Wentzville R-IV School District ("WSD") is a public school district located within the County of St. Charles, State of Missouri.  WSD is a political subdivision of the State, a public corporation, and a "person" by statute.

3.      Defendant Megan Sutton is an adult employee of WSD.  At the times relevant to this Petition, Sutton was the Principal of Heritage Primary School ("the School").  Defendant Sutton is sued in her Individual Capacity.

4.      Defendant Jane Doe 1 is a school employee to whom L.H. refers as "Miss K." Defendant Jane Doe 1 is sued in her Individual Capacity.

5.      Defendant Jane Doe 2 is the school nurse who was working at the School on the date when L.H. was first injured at school, as described below.  Defendant Jane Doe 2 is sued in her Individual Capacity.

Jurisdiction and Venue

6.      This Petition arises under the statutes and common law of the State of Missouri and of the United States; and Plaintiff has suffered damages in excess of $25,000.

7.      L.H. was first injured by the wrongful acts or negligent conduct of Defendants in the County of St. Charles, State of Missouri.

District Policies and Regulations

8.      WSD, through its Board of Education, develops and promulgates policies, administrative procedures, and regulations that govern the management, administration, and operations of its schools, which include Heritage Primary.

9.      WSD Policy 2730, "Supervision of Students," states: "Students are to be under supervision of the professional staff at all times during school hours and at school sponsored activities.  It is the responsibility of principals to arrange for adequate supervision."

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

10. WSD Policy 2730 imposes upon the principal a ministerial duty to arrange for adequate supervision of students at all times during school hours.

11. WSD Policy 2830, "Health Services," states: "The District will be responsible for providing first aid or emergency treatment for students in cases of sudden illness or injury.  Where necessary, and with notice to the parent-guardian, emergency health services will be secured."

12. WSD Policy 2830 imposes upon WSD a duty and on the nurse a ministerial duty to provide first aid or emergency treatment for students in cases of sudden illness or injury and, where necessary, to secure emergency health services.

<u>Facts Applicable to All Counts</u>

13. During the fall of 2021, L.H. was a student at the School.

14. L.H. is a child with a disability who had an Individualized Education Plain ("IEP").

15. In the fall of 2021, L.H. was practically nonverbal.

16. L.H.'s IEP required that she have adult support "anytime that [L.H.] is outside of the special education classroom for support for peer interaction, safety awareness, and modification of curriculum."

17. The adult support required by L.H.'s IEP entailed a one-to-one aide, or paraprofessional.

18. Upon information and belief, on or about September 27, 2021, at the School, Jane Doe 1 struck L.H., or contacted L.H. in such a manner as to cause her head to strike a wall inside the School.

19. The strike against L.H.'s head caused her to suffer an injury.

20. After and despite L.H.'s injury, she was taken outside to the playground.

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

21.     While on the playground, L.H.'s paraprofessional left her in order to attend to something else.

22.     When L.H.'s paraprofessional left, L.H. fell to the ground.  She became pale, and her eyes rolled back in her head.

23.     L.H. was brought inside the School building.

24.     Inside the School building, L.H. lost consciousness and defecated in her pants.

25.     Jane Doe 2 did not provide first aid or emergency treatment for L.H. and did not secure emergency health services for L.H.

26.     The School called L.H.'s parents, who then went to the School.

27.     When L.H.'s parents arrived, L.H. vomited.

28.     L.H.'s parents heard varying stories about how, when, and where she was injured, which contradicted each other.

29.     L.H.'s parents took her to a hospital, where she underwent a CT scan.

30.     On the same afternoon, L.H. was transferred to another hospital, where the medical records indicate that she was saying, "Mean!," and was "yelling and upset while in the exam room."

31.     Eventually, L.H. was diagnosed with a concussion and traumatic subdural hemorrhage with loss of consciousness.

32.     L.H. has suffered many sequelae of her injury, including speech apraxia; problems with gait and balance; a motor tic disorder; and, most recently, seizures.

33.     As a direct and proximate result of Defendants' actions and failures, Plaintiff was deprived of educational performance, opportunities, or benefits.

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

34.     As a direct and proximate result of Defendants' conduct, L.H. has suffered and continues to suffer damages, including but not limited to (a) injuries to her head; (b) physical pain and suffering; (c) ongoing medical effects, as described above; and (d) emotional pain, suffering, inconvenience, and mental anguish.

Count I – § 504 of the Rehabilitation Act
Defendant WSD

35.     Plaintiff incorporates the averments made above as if they were fully set forth herein.

36.     L.H. was, at all times relevant to this Petition, a handicapped individual in that she has a physical or mental impairment which substantially limits one or more of her major life activities.

37.     L.H. was otherwise qualified for participation at the School and in WSD.

38.     L.H. was excluded from participating in, and was denied the benefits of, the WSD program of education in that she was injured when WSD failed to provide her the adult support and supervision required by her disability.

39.     By failing and refusing to provide the necessary adult support and student supervision, WSD acted with bad faith or gross misjudgment in that their staffing and supervision deviated so substantially from accepted professional judgment, practice, or standards as to demonstrate that they acted with wrongful intent.

40.     As a direct and proximate result of such disability discrimination, L.H. suffered damages as specified above.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor on Count I; award Plaintiff such sum in excess of $25,000 as will fairly and justly compensate Plaintiff for all damages that she has sustained and is reasonably certain to sustain in the future as a direct

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

result of Defendants' conduct; and award Plaintiff such additional relief that the Court deems just and proper.

Count II – Americans with Disabilities Act<br>Defendant WSD

41.     Plaintiff incorporates the averments made above as if they were fully set forth herein.

42.     L.H. was, at all times relevant to this Petition, a child with autism.

43.     L.H.'s autism substantially limited her ability, among other things, to learn, speak, interact with peers, be aware of safety risks, and protect herself.

44.     WSD knew of L.H.'s autism.

45.     L.H. could have participated in school safely if she had been provided with one-to-one adult support anytime that she was outside of the special education classroom.

46.     Providing L.H. with one-to-one adult support anytime that she was outside of the special education classroom would have been reasonable.

47.     WSD failed to provide one-to-one adult support to L.H. when she was outside of the special education classroom on the date of the occurrence.

48.     As a direct and proximate result of such failure to provide reasonable accommodation, L.H. suffered damages as specified above.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor on Count II; award Plaintiff such sum in excess of $25,000 as will fairly and justly compensate Plaintiff for all damages that she has sustained and is reasonably certain to sustain in the future as a direct result of Defendants' conduct; and award Plaintiff such additional relief that the Court deems just and proper.

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

<u>Count III – Negligence</u>
<u>Defendant Sutton</u>

49.    Plaintiff incorporates the averments in the preceding paragraphs as if they were fully set forth herein.

50.    Defendant Sutton owed to L.H., as a student at the School, a ministerial duty to arrange for adequate supervision of students at all times during school hours.

51.    Defendant Sutton breached her duty by failing to arrange for adequate supervision of L.H. at the time and place of L.H.'s injuries at the School.

52.    L.H. was injured as a result of the lack of supervision at the School on the date specified above.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor on Count III; award Plaintiff such sum in excess of $25,000 as will fairly and justly compensate her for all damages that she has sustained and is reasonably certain to sustain in the future as a direct result of Defendant's conduct; and award Plaintiff such additional relief that the Court deems just and proper.

<u>Count IV – Battery</u>
<u>Defendant Jane Doe 1</u>

53.    Plaintiff incorporates the averments in the preceding paragraphs as if they were fully set forth herein.

54.    Defendant Jane Doe 1 struck L.H. or contacted L.H. in such a manner as to cause her head to strike a wall inside the School.

55.    Defendant Jane Doe 1 thereby caused L.H. bodily harm.

56.    As a result of Defendant Jane Doe 1's bodily harm to L.H., Plaintiff suffered personal injuries and incurred costs and expenses for the treatment thereof.

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor on Count IV; award Plaintiff such sum in excess of $25,000 as will fairly and justly compensate Plaintiff for all damages that she has sustained and is reasonably certain to sustain in the future as a direct result of Defendant's conduct; and award Plaintiff such additional relief that the Court deems just and proper.

<u>Count V – Failure to Provide Treatment</u>
<u>Defendants WSD and Jane Doe 2</u>

57.     Plaintiff incorporates the averments in the preceding paragraphs as if they were fully set forth herein.

58.     Defendant WSD assumed a duty, under its Policy 2830, to provide first aid or emergency treatment and to secure emergency health services for L.H. when she was injured at the School.

59.     Defendant Jane Doe 2 owed L.H. a ministerial duty to provide first aid or emergency treatment and to secure emergency health services for L.H. when she was injured at the School.

60.     Defendants breached their duties under Policy 2830 by failing to provide any care or treatment and failing to secure emergency health services for L.H. when she was injured at school.

61.     As a direct and proximate result of Defendants' breaches of duties, L.H. suffered damages.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor on Count V; award Plaintiff such sum in excess of $25,000 as will fairly and justly compensate her for all damages that she has sustained and is reasonably certain to sustain in the future as a direct

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

result of Defendant's conduct; and award Plaintiff such additional relief that the Court deems just and proper.

RESPECTFULLY SUBMITTED

*Daniel J. Rhoads*

Daniel J. Rhoads, 59590
**THE RHOADS FIRM, LLC**
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone:  (855) 895-0997
Fax:  (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*L.H., a minor, by and through*
*Next Friend, Ashlyn Henry*

**2311-CC00415**

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

IN THE 11th JUDICIAL CIRCUIT COURT
COUNTY OF ST. CHARLES
STATE OF MISSOURI

L.H., a minor, by and through )
Next Friend, ASHLYN HENRY, )
                               )
       *Plaintiff*, )
                               )     Cause No.   _____
        vs. )
                               )     Division No.:  _____
WENTZVILLE R-IV SCHOOL DISTRICT,)
Et al., )
                               )
       *Defendants*. )

## PLAINTIFF'S MOTION FOR PERMISSION TO USE INITIALS

COMES NOW Plaintiff, L.H., a minor, by and through her Next Friend, and by counsel, and hereby moves the Court for an Order permitting Plaintiff to refer to L.H. by her initials, in lieu of using her full name.  As reflected by the Petition, Plaintiff is a minor child with a disability who was injured in school.  In the interests of privacy and prudence, this minor should not be required to disclose her full name in public court records.  No party will suffer prejudice from the use of the minor's initials.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court permit Plaintiff to use initials to identify L.H. in this matter and order all parties to refer to L.H. only by her initials in any pleadings publicly filed with the Court.

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

RESPECTFULLY SUBMITTED

Daniel J. Rhoads, 59590
**THE RHOADS FIRM, LLC**
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone:  (855) 895-0997
Fax:  (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*L.H., a minor, by and through*
*Next Friend, Ashlyn Henry*

**2311-CC00415**

Electronically Filed - St Charles Circuit Div - April 21, 2023 - 10:32 AM

IN THE 11th JUDICIAL CIRCUIT COURT
COUNTY OF ST. CHARLES
STATE OF MISSOURI

| | | |
|---|---|---|
| L.H., a minor, by and through | ) | |
| Next Friend, ASHLYN HENRY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Cause No. _____ |
| vs. | ) | |
| | ) | Division No.: _____ |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) | |
| <u>Et al</u>., | ) | |
| | ) | |
| *Defendants.* | ) | |

## <u>ORDER GRANTING LEAVE TO USE INITIALS FOR MINOR PARTIES</u>

Plaintiff' Motion for Permission to Use Initials to refer to Plaintiff L.H. is hereby granted.

All pleadings shall identify Plaintiff L.H. by her initials.

IT IS SO ORDERED.


_____                    _____

Date                                                    Judge

**FILED**

APR 2 1 2023

CIRCUIT CLERK
ST. CHARLES CO.

IN THE 11th JUDICIAL CIRCUIT COURT
COUNTY OF ST. CHARLES
STATE OF MISSOURI

L.H., a minor, by and through )
Next Friend, ASHLYN HENRY, )
                        )
      *Plaintiff,* )
                        )    Cause No.    *2311-CC 00415*
      vs. )
                        )    Division No.:    *1*
WENTZVILLE R-IV SCHOOL DISTRICT,)
Et al., )
                        )
      *Defendants.* )

## ORDER GRANTING LEAVE TO USE INITIALS FOR MINOR PARTIES

     Plaintiff' Motion for Permission to Use Initials to refer to Plaintiff L.H. is hereby granted.

All pleadings shall identify Plaintiff L.H. by her initials.

     IT IS SO ORDERED.

4/21/23
_____
Date

_____
Judge

Page 1 of 1



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>REBECA NAVARRO-MCKELVEY | Case Number:  2311-CC00415 |
| Plaintiff/Petitioner:<br>ASHLYN HENRY | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL J RHOADS<br>THE RHOADS FIRM, LLC<br>8123 DELMAR BLVD SUITE 200<br>SAINT LOUIS, MO  63130 |
| vs. | |
| Defendant/Respondent:<br> WENTZVILLE SCHOOL DISTRICT | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  WENTZVILLE SCHOOL DISTRICT INTERSTATE DR<br>Alias:<br><br>**280 INTERSTATE DR**<br>**WENTZVILLE, MO  63385** | |

*COURT SEAL OF*

*ST. CHARLES COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| 4/24/2023 | /S/  Cheryl Crowder |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____         _____
Date                                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $     10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>REBECA NAVARRO-MCKELVEY | **Case Number:  2311-CC00415** |
| Plaintiff/Petitioner:<br>ASHLYN HENRY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL J RHOADS<br>THE RHOADS FIRM, LLC<br>8123 DELMAR BLVD SUITE 200<br>SAINT LOUIS, MO  63130 |
| Defendant/Respondent:<br> WENTZVILLE SCHOOL DISTRICT | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Pers Injury-Other | *(Date File Stamp)* |

## Summons in Civil Case

The State of Missouri to: **MEGAN SUTTON**
  **Alias:**

**332 MCLNTYRE CT**
**WENTZVILLE, MO  63385**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| | |
|---|---|
| _____4/24/2023_____ | _____/S/  Cheryl Crowder_____ |
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
Date                                      Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI )
) ss.
ST. CHARLES COUNTY, MISSOURI )

### IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution.  The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation.  Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute.  The mediator is impartial and has no authority to render a decision or impose a resolution on the parties.   During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office.  If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve.  If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at: http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI                          )
                                           )  ss.
ST. CHARLES COUNTY, MISSOURI               )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

_____ )
                    Plaintiff(s),  )
                                   )
vs.                                )          Cause #_____
                                   )
_____ )
                   Defendant(s).  )

**CONSENT TO MEDIATION FORM**


      I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____ We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____ We do not consent to the referral of this case to mediation.


                                               _____
                                             Signature

                                             _____
                                             (Print Name)

                                             Attorney for:

                                             _____
                                             (Party or Parties)

Date: _____

Electronically Filed - St Charles Circuit Div - May 01, 2023 - 02:53 PM

IN THE 11th JUDICIAL CIRCUIT COURT
COUNTY OF ST. CHARLES
STATE OF MISSOURI

L.H., a minor, by and through )
Next Friend, ASHLYN HENRY, )
                            )
        *Plaintiff*,        )
                            )          Cause No.      2311-CC00415
        vs.                 )
                            )          Division No.:  1
WENTZVILLE R-IV SCHOOL DISTRICT,)
Et al.,                     )
                            )
        *Defendants*.       )

## PETITION FOR APPOINTMENT OF NEXT FRIEND

COMES NOW Ashlyn Henry ("Mrs. Henry"), Petitioner herein, and requests appointment as

Next Friend in the above-styled case. Petitioner is the natural mother of minor L.H. Together

with Petitioner's husband, who is L.H.'s father, Mrs. Henry has full legal and physical custody of

L.H.

_____          Date: ___5 - 1 - 2023___
(Signature of Petitioner)

__149 Homeshire Dr.__
(Address)

__Wentzville, MO 63385__

WHEREFORE, Ashlyn Henry humbly prays that this Court appoint her as L.H.'s Next Friend

in connection with the Petition against Defendants.

Electronically Filed - St Charles Circuit Div - May 01, 2023 - 02:53 PM

RESPECTFULLY SUBMITTED

Daniel J. Rhoads, 59590
**THE RHOADS FIRM, LLC**
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone: (855) 895-0997
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*L.H., a minor, by and through*
*Next Friend, Ashlyn Henry*

IN THE 11th JUDICIAL CIRCUIT COURT
COUNTY OF ST. CHARLES
STATE OF MISSOURI

**FILED**

MAY 0 3 2023

CIRCUIT CLERK
ST. CHARLES CO.

L.H., a minor, by and through )
Next Friend, ASHLYN HENRY, )
                            )
        *Plaintiff,*        )
                            )    Cause No.    2311-CC00415
        vs.                 )
                            )    Division No.:  1
WENTZVILLE R-IV SCHOOL DISTRICT,)
Et al.,                     )
                            )
        *Defendants.*       )

## PETITION FOR APPOINTMENT OF NEXT FRIEND

COMES NOW Ashlyn Henry ("Mrs. Henry"), Petitioner herein, and requests appointment as

Next Friend in the above-styled case. Petitioner is the natural mother of minor L.H. Together

with Petitioner's husband, who is L.H.'s father, Mrs. Henry has full legal and physical custody of

L.H.

_____          Date: _5 - 1 - 2023_
(Signature of Petitioner)

_149 Home Shire Dr._
(Address)

_Wentzville, MO 63385_

WHEREFORE, Ashlyn Henry humbly prays that this Court appoint her as L.H.'s Next Friend

in connection with the Petition against Defendants.

Page **1** of **2**

RESPECTFULLY SUBMITTED

*Daniel J. Rhoads*

Daniel J. Rhoads, 59590
**THE RHOADS FIRM, LLC**
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone: (855) 895-0997
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*L.H., a minor, by and through*
*Next Friend, Ashlyn Henry*

SO ORDERED:

*Rebeca Navarro-McKelvey*
REBECA NAVARRO-MCKELVEY, JUDGE

DATE: 5/5/23

Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM

**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>REBECA NAVARRO-MCKELVEY | Case Number: 2311-CC00415 |
| Plaintiff/Petitioner:<br>ASHLYN HENRY | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL J RHOADS<br>THE RHOADS FIRM, LLC<br>8123 DELMAR BLVD SUITE 200<br>SAINT LOUIS, MO  63130 |
| vs. | |
| Defendant/Respondent:<br>WENTZVILLE SCHOOL DISTRICT<br>Nature of Suit:<br>CC Pers Injury-Other | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  WENTZVILLE SCHOOL DISTRICT INTERSTATE DR
Alias:

280 INTERSTATE DR
WENTZVILLE, MO 63385

*COURT SEAL OF*

**ST. CHARLES COUNTY**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| | |
|---|---|
| _____4/24/2023_____ | /S/  Cheryl Crowder |
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

| _____ | _____ |
|---|---|
| Date | Notary Public |

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

**RECEIVED**

MAY 23 2023

SHERIFF ST CHARLES COUNTY

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

PAID
MAY 23 2023
BY: ..................



Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM

# St. Charles County Sheriff's Department

201 N. Second St St. Charles, MO 63301

636-949-3010

## RETURN OF SERVICE- SERVED 5/23/23

Civil #: SD-SER-23-04448

---

| Event | |
|---|---|
| Total Fees: | $39.00 |
| Total Payments: | $39.00 |
| Total Balance: | $0.00 |
| Court Case Docket Number: | 2311-CC00415 |
| Document ID: | 23-SMCC-846 |
| Court Name: | 11TH JUDICIAL CIRCUIT |
| Court State: | MISSOURI |
| Court County: | ST CHARLES |
| Service Expiration Date: | 05/24/2023 |
| Court Type: | Circuit Court |
| Civil Types: | SUMMONS |
| Civil Document Type: | Personal Injury-Other |
| Zone: | Zone 5 |

---

## Other(s) Involved (2)

**RHOADS, DANIEL J**

| | |
|---|---|
| Involvement Type: | Attorney |
| Commonplace Name: | THE RHOADS FIRM, LLC |
| Address: | 8123 DELMAR BLVD |
| Apartment: | STE 200 |
| City: | ST LOUIS |
| State: | MISSOURI |
| Zip Code: | 63130 |
| Phone Number: | (855)-895-0997 |

**HENRY, ASHLYN**

| | |
|---|---|
| Involvement Type: | Plaintiff |

---

## Defendant Data (1)

| | |
|---|---|
| Personal Service Only: | No |
| Commonplace Name: | WENTZVILLE SCHOOL DISTRICT |
| Address: | 280 INTERSTATE DR |
| City: | WENTZVILLE |
| State: | MO |
| Zip Code: | 63385 |
| County: | ST CHARLES |

---

Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM

# St. Charles County Sheriff's Department

201 N. Second St St. Charles, MO 63301

636-949-3010

Civil #: SD-SER-23-04448



---

## Entered By (2)

| | | |
|---|---|---|
| **Entering Clerk Officer:** | McGhee, Robin  (215) | 05/23/2023 13:41:00 |
| **Final Disposition Officer:** | Matthews, Cory  (115) | 05/23/2023 16:00:00 |
| **Final Disposition Signature:** | | |

---

## Disposition History (2)

| | | |
|---|---|---|
| Served | 05/23/2023 16:00 | Auto Dispositioned |
| Active | 05/23/2023 13:41 | Dispositioned to Default Setting |

---

## Service History (1)

### Served

| | |
|---|---|
| **Date:** | 05/23/2023 15:59 |
| **Service Type:** | |
| **Related To:** | : Defendant |
| **Officer:** | Matthews, Cory 115 |
| **Outcome:** | |
| **Time Spent:** | 00:00 |
| **Mileage:** | 0 |
| **Comments:** | Served to Matthew Kertzman, custodian of records authorized to accept service. |
| **Agency:** | St. Charles County Sheriff's Department |
| **Beat:** | |
| **Address:** | 280 Interstate Dr |
| **City:** | WENTZVILLE |
| **State:** | MISSOURI |
| **Zip:** | 63385 |

---

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:   DANIEL J RHOADS, Attorney for Plaintiff
SERVICE EMAIL:    therhoadsfirmllc@gmail.com

Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM

Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>REBECA NAVARRO-MCKELVEY | Case Number: **2311-CC00415** |
| Plaintiff/Petitioner:<br>ASHLYN HENRY | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL J RHOADS<br>THE RHOADS FIRM, LLC<br>8123 DELMAR BLVD SUITE 200<br>SAINT LOUIS, MO  63130 |
| vs. | |
| Defendant/Respondent:<br>WENTZVILLE SCHOOL DISTRICT | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

PAID

MAY 2 3 2023

BY:

## Summons in Civil Case

The State of Missouri to: **MEGAN SUTTON**
**Alias:**

332 MCLNTYRE CT
WENTZVILLE, MO 63385

*COURT SEAL OF*

*ST. CHARLES COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| | |
|---|---|
| 4/24/2023 | /S/  Cheryl Crowder |
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date          Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $   10.00 | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

RECEIVED

MAY 2 3 2023

SHERIFF ST CHARLES COUNTY

Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM

# St. Charles County Sheriff's Department

201 N. Second St St. Charles, MO 63301

636-949-3010

## RETURN OF SERVICE - NON-EST MOVED

Civil #: SD-SER-23-04449



| Event | |
|---|---|
| **Total Fees:** | $39.00 |
| **Total Payments:** | $39.00 |
| **Total Balance:** | $0.00 |
| **Court Case Docket Number:** | 2311-CC00415 |
| **Document ID:** | 23-SMCC-847 |
| **Court Name:** | 11TH JUDICIAL CIRCUIT |
| **Court State:** | MISSOURI |
| **Court County:** | ST CHARLES |
| **Service Expiration Date:** | 05/24/2023 |
| **Court Type:** | Circuit Court |
| **Civil Types:** | SUMMONS |
| **Civil Document Type:** | Personal Injury-Other |
| **Zone:** | Zone 5 |

## Party To Be Served Person (1)

### SUTTON, MEGAN

| | |
|---|---|
| **Personal Service Only:** | No |
| **Involvement Type:** | Defendant |
| **Address:** | 332 MCINTYRE CT |
| **City:** | WENTZVILLE |
| **State:** | MO |
| **Zip Code:** | 63385 |
| **County:** | ST CHARLES |

## Other(s) Involved (2)

### RHOADS, DANIEL J

| | |
|---|---|
| **Involvement Type:** | Attorney |
| **Commonplace Name:** | THE RHOADS FIRM, LLC |
| **Address:** | 8123 DELMAR BLVD |
| **Apartment:** | STE 200 |
| **City:** | ST LOUIS |
| **State:** | MISSOURI |
| **Zip Code:** | 63130 |
| **Phone Number:** | (855)-895-0997 |

### HENRY, ASHLYN

| | |
|---|---|
| **Involvement Type:** | Plaintiff |

## Defendant Data (1)

Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM

# St. Charles County Sheriff's Department

201 N. Second St St. Charles, MO 63301

636-949-3010

Civil #: SD-SER-23-04449

**Commonplace Name:**          WENTZVILLE SCHOOL DISTRICT

## Entered By (2)

| | | |
|---|---|---|
| **Entering Clerk Officer:** | McGhee, Robin  (215) | 05/23/2023 13:41:00 |
| **Final Disposition Officer:** | Matthews, Cory  (115) | 05/23/2023 16:16:00 |
| **Final Disposition Signature:** | | |

## Disposition History (3)

| | | |
|---|---|---|
| NonEst | 05/24/2023 08:53 | MOVED |
| Served | 05/23/2023 16:16 | Auto Dispositioned |
| Active | 05/23/2023 13:50 | Dispositioned to Default Setting |

## Service History (1)

### Returned

| | |
|---|---|
| **Date:** | 05/23/2023 16:14 |
| **Service Type:** | Moved |
| **Related To:** | SUTTON, MEGAN : Defendant |
| **Officer:** | Matthews, Cory 115 |
| **Outcome:** | |
| **Time Spent:** | 00:00 |
| **Mileage:** | 0 |
| **Comments:** | Spoke with Mary Geemar, current resident. Stated that she purchased the house from the defendant approximately four years ago. Did not have any forwarding contact information. Google search shows that defendant may be a principle at Heritage Primary in the Wentzville School District. Unable to confirm if it is the same person. No additional information on service. Cannot complete service with available information. Return. |
| **Agency:** | St. Charles County Sheriff's Department |
| **Beat:** | |
| **Address:** | 332 McIntyre Ct |
| **City:** | WENTZVILLE |
| **State:** | MISSOURI |
| **Zip:** | 63385 |

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:    DANIEL J RHOADS, Attorney for Plaintiff
SERVICE EMAIL:    therhoadsfirmllc@gmail.com

Electronically Filed - ST CHARLES CIRCUIT DIV - May 24, 2023 - 09:43 AM